986

**FIDELITY UNION TRUST CO., Trustee of the Purcell C. Tiernan Trust, Appellant, v. Wm. H. KELLY, Collector of Internal Revenue.**

No. 6865.

Circuit Court of Appeals, Third Circuit.

Feb. 14, 1939.

Melville J. France, of New York City, for appellant.

W. Croft Jennings, of Washington, D. C., for appellee.

Before BIGGS, MARIS, and BUFFINGTON, Circuit Judges.

BUFFINGTON, Circuit Judge.

In pursuance of stipulation filed August 16, 1938, in the court below and for the reasons set forth in the opinion this day filed in 102 F.2d 333, the judgment is reversed and the court below is directed to enter judgment for the plaintiff for the amount of its claim.

**FIRST NATIONAL BANK OF SANTA ANA v. E. A. LYNCH, as Trustee in Bankruptcy of the Estate of Grey M. Skidmore, Bankrupt.**

No. 9143.

Circuit Court of Appeals, Ninth Circuit.

March 27, 1939.

Horton & Horton, of Los Angeles, Cal., for appellant.

Raphael Dechter and George T. Goggin, both of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal in this cause dismissed, that a decree be filed and entered pursuant to stipulation, and that the mandate of this court in this cause issue forthwith.

**In the Matter of 415 SOUTH TAYLOR BUILDING CORPORATION, Debtor.**

**Francis A. LACKNER, Appellant, v. 415 SOUTH TAYLOR BUILDING CORPORATION, Appellee.**

No. 5622.

Circuit Court of Appeals, Seventh Circuit.

Oct. 8, 1938.

Francis A. Lackner, in pro. per.

J. Kentner Elliott, of Chicago, Ill., for appellee.

Before EVANS, Circuit Judge.

EVANS, Circuit Judge.

Now this day come the parties, and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated by and between Francis A. Lackner, Appellant, and 415 South Taylor Building Corporation, Appellee, by its counsel, that the above Appeal may be dismissed."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs, pursuant to the foregoing stipulation.